COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON APPELLEE'S
MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Jefferson County, Texas v. Ellarene Farris, Individually and as
Personal Representative of the Heirs and Estate of James Farris

Appellate case number:   01-17-00493-CV

Trial court case number:  2005-09580

Trial court:             11th District Court of Harris County

Date motion filed:       October 12, 2018

Party filing motion:     Appellee, Ellarene Farris, Individually and as Personal Representative
of the Heirs and Estate of James Farris

The motion for reconsideration en banc is **DENIED.**

**PER CURIAM**

En banc court consists of: Chief Justice Radack, and Justices Keyes, Higley, Lloyd, Goodman, Landau, Hightower, and Countiss.

Justice Kelly not participating.

Date:  February 12, 2019